**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7362**

UNITED STATES OF AMERICA,

Plaintiff – Appellee,

v.

JEREMY RAY DANNER, a/k/a Caesar,

Defendant - Appellant.

Appeal from the United States District Court for the Western District of North Carolina, at Statesville. Richard L. Voorhees, District Judge. (5:00-cr-00015-RLV-2)

Submitted: December 13, 2012     Decided: December 18, 2012

Before SHEDD, WYNN, and FLOYD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jeremy Ray Danner, Appellant Pro Se. Mark Vincent Talinao Odulio, Assistant United States Attorney, Charlotte, North Carolina; Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jeremy Ray Danner appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for a reduction of his sentence based on Amendment 750. Our review of the record demonstrates that Amendment 750 did not reduce Danner's Guidelines range of 240 months. See United States v. Munn, 595 F.3d 183, 187 (4th Cir. 2010). Accordingly, we affirm. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED